IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    vs.<br><br>MIGUEL D. ESPINOZA MONTOYA,<br><br>                    Defendant. | 4:25CR3004<br><br>MEMORANDUM AND ORDER |

    This matter is before the Court on the Magistrate Judge's Findings and Recommendation on Plea of Guilty (Filing No. 39) recommending that the Court accept Defendant's plea of guilty. There are no objections to the Findings and Recommendation. Pursuant to 28 U.S.C. § 636(b)(1)(C) and NECrimR 11.2(d), the Court has conducted a de novo review of the record and adopts the Findings and Recommendation of the Magistrate Judge.

**IT IS ORDERED:**

1. The Magistrate Judge's Findings and Recommendation on Plea of Guilty (Filing No. 39) is adopted.

2. The Court finds that Defendant's plea of guilty is knowing, intelligent, and voluntary, and that a factual basis exists for the plea. The plea is accepted, and Defendant is found guilty.

3. The Court defers acceptance of any plea agreement until it has reviewed the presentence report, pursuant to NECrimR 11.2(d). Unless otherwise stated at the time of sentencing, any plea agreement will be deemed accepted upon the pronouncement of the judgment and sentence.

4. This case shall proceed to sentencing.

Dated this 20th day of October, 2025.

BY THE COURT:

_Susan M Bazis_
Susan M. Bazis
United States District Judge